IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AHMAD M. AJAJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 14-cv-01245-JPG-RJD |
| | ) |
| UNITED STATES OF AMERICA, *et al*., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 114) of Magistrate Judge Reona J. Daly with regard to Defendant United States of America's Motion [Doc. 111] to Revoke Plaintiff's *In Forma Pauperis* Status.   There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 114) and **DENIES** Defendant United States of America's Motion [Doc. 111] to Revoke Plaintiff's *In Forma Pauperis* Status without prejudice.  Defendant United States of America is **GRANTED** leave to refile its motion; however, such motion must include

an analysis of each alleged strike and be filed within **30 days** of this order. Plaintiff's Motion [Doc. 112] for Extension of Time to Reply to Defendant's Motion to Revoke is **DENIED** as moot.

    **IT IS SO ORDERED.**

    **DATED:** 3/22/2017

                                    *s/J. Phil Gilbert*
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**