## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AHMAD M. AJAJ,<br><br>  Plaintiff,<br><br>  vs.<br><br>United States of America, Bureau of Prisons, Garrett Fozzard, Wendy Roal, Lisa Hollingsworth, Jeff Baney, John Parent, Steven Cardona, Jeff Irvin, Milton Neumann, Henry Rivas, Marla Patterson, Eleanor Alexander, David Szoke, Mike Winklmeier, Robert Roloff, and Lawrence Howard,<br><br>  Defendants | No. 14-CV-01245<br><br>The Honorable<br>J. Phil Gilbert,<br>Senior Judge Presiding |

## NOTICE OF APPEAL

Plaintiff, Ahmad M. Ajaj appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on April 18, 2023, and all orders and rulingss issued by the Court unfavorable to the Plaintiff.

(s) _____
Ahmad Ajaj, pro se
Reg. No. 40637-053 (K-Unit)
USP Coleman I
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521
[
***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

AHMAD M. AJAJ,

    Plaintiff,

        vs.

United States of America, Bureau of Prisons, Garrett Fozzard, Wendy Roal, Lisa Hollingsworth, Jeff Baney, John Parent, Steven Cardona, Jeff Irvin, Milton Neumann, Henry Rivas, Marla Patterson, Eleanor Alexander, David Szoke, Mike Winklmeier, Robert Roloff, and Lawrence Howard,

    Defendants

No. 14-CV-01245

The Honorable
J. Phil Gilbert,
Senior Judge Presiding

## NOTICE OF APPEAL

I am an inmate confined in an institution. Today, __June 14, 2023__ [insert date], I am depositing the Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. §1746; 18 U.S.C. §1621).

Sign your name here _[signature]_

Signed on __June 14, 2023__
             Date

[Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

**PRIORITY MAIL**

FROM: AHMAD M. AJAJ
# 40637-053 (K-UNIT)
FEDERAL CORRECTIONAL COMPLEX
USP. COLEMAN 1
P.O. BOX 1033
COLEMAN, FLORIDA 33521

MAIL CLEARED
US MARSHALS

TO:
CLERK OF THE COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
U.S. COURTHOUSE
750 MISSOURI AVENUE
ROOM 104
EAST ST. LOUIS, ILLINOIS
62201

— LEGAL MAIL —



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

RECEIVED
JUN 20 2023
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE





**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.